## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18-cv-3055 ) ) |
| SPRINGFIELD SHOOTING CENTER, INC., | ) ) ) |
| Defendant. | ) ) |

### LOCAL RULE 11.3 CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, TOKIO MARINE SPECIALTY INSURANCE COMPANY, furnishes the following in compliance with Rule 11.3 of this Court.

1. The full, legal name of Plaintiff is Tokio Marine Specialty Insurance Company, which is a corporation organized and existing under the laws of the State of Delaware.

2. (a) Plaintiff, Tokio Marine Specialty Insurance Company is a wholly-owned subsidiary of the Philadelphia Consolidated Holding Corporation, a Pennsylvania-domiciled insurance company that is a wholly-owned subsidiary of Tokio Marine North America, Inc. Tokio Marine North America, Inc. is a Delaware-domiciled insurance holding company that is a wholly-owned subsidiary of Tokio Marine & Nichido Fire Insurance Company, Ltd., a privately held insurance company organized under the Companies Act of Japan. Tokio Marine & Nichido Fire Insurance Company, Ltd. is a subsidiary of Tokio Marine Holdings, Inc., an insurance holding company organized under the Companies Act of Japan.

(b) Tokio Marine Holdings, Inc., the parent company of Plaintiff, is not publicly traded on any American stock exchange, but is publicly traded on the Tokyo and Osaka exchanges.

3. Plaintiff is expected to be represented in this litigation by attorneys Rick L. Hammond, James P. DuChateau and Amy Johnson, all of whom are in the employ of HeplerBroom, LLC.

Date: March 23, 2018   By:   /s/ James P. DuChateau, Esq.
                             One of Plaintiff's Attorneys

Rick Hammond, Esq.
James P. DuChateau, Esq.
HEPLER BROOM, LLC
30 N LaSalle St., Ste. 2900
Chicago, Illinois 60602
Phone No. (312) 230-9100
Fax No. (312) 230-9201
Email: rick.hammond@heplerbroom.com
Email: james.duchateau@heplerbroom.com
***COUNSEL FOR TOKIO MARINE***

# CERTIFICATE OF SERVICE

I, James P. DuChateau, hereby certify that on March 23, 2018, a true and correct copy of ***Tokio Marine Specialty Insurance Co.'s L.R. 11.3 Certificate of Interest*** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all counsel of record who have heretofore appeared in this matter.

/s/ James P. DuChateau