IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18-cv-3055 |
| SPRINGFIELD SHOOTING CENTER, INC., and STEVEN SWARTZ, | ) ) ) ) ) | |
| Defendants. | ) | |

## **OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Plaintiff Tokio Marine Specialty Insurance Company's (Tokio) Motion for a Rule to Show Cause Against non-parties John Jackson and Kate Jackson (d/e 46) (Motion). Tokio served subpoenas (Subpoenas) on John Jackson and Kate Jackson. Motion, Exhibits A and B. The Subpoenas ordered John Jackson and Kate Jackson to produce documents on February 25, 2019. John Jackson and Kate Jackson failed to comply with the Subpoenas.

Tokio brings this Motion for contempt pursuant to Federal Rule of Civil Procedure 45(g). John Jackson and Kate Jackson have not responded to the Motion. This Court gave them numerous extensions of time to respond. Text

Order entered April 8, 2019; Text Order entered April 22, 2019; Text Order entered April 30, 2019.  The last extension expired on May 14, 2019.  John Jackson and Kate Jackson have failed to respond to the Motion, and so, are presumed to have no objection to the Motion.  Local Rule 7.1(B)(2).

    THEREFORE, IT IS ORDERED that Plaintiff Tokio Marine Specialty Insurance Company's Motion for a Rule to Show Cause Against John Jackson and Kate Jackson (d/e 46) is ALLOWED.  John Jackson and Kate Jackson are each ordered to appear in person before U.S. District Judge Sue E. Myerscough on Wednesday, June 19, 2019, at 10:00 a.m. in Courtroom I at the U.S. Courthouse 600 E. Monroe Street, Springfield, Illinois, and to show cause why each of them should not be held in contempt for failing to comply with the Subpoenas served on them by Plaintiff.  Plaintiff is directed to serve in accordance with Rule 4 on John Jackson and Kate Jackson this Opinion and a copy of the Motion and all attachments thereto, and to file proof of such service no later than May 31, 2019.

ENTER:  May 17, 2019

                                   *s/ Tom Schanzle-Haskins*
                                    TOM SCHANZLE-HASKINS
                                  UNITED STATES MAGISTRATE JUDGE