Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Tokio Marine Specialty Insurance Company,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Springfield Shooting Center, Inc. and  )<br>Steven Swartz,  )<br>  )<br>  Defendants.  ) | Case Number: 3:18-cv-03055-SEM-KLM |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Default Judgment is entered for Plaintiff Tokio Marine Specialty Insurance Company and for Counter Claimants Steven and Shirley Swartz and against Defendant Springfield Shooting Center, Inc., its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them.

**Dated: 8/22/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge