# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No.  3:18-cv-03055-SEM-KLM ) |
| SPRINGFIELD SHOOTING CENTER, INC. and STEVEN SWARTZ, | ) ) ) |
| Defendants. and | ) ) ) |
| STEVEN SWARTZ and SHIRLEY SWARTZ, | ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| SPRINGFIELD SHOOTING CENTER, INC., JOHN JACKSON, KATHRYN JACKSON, and KOLLHOFF INSURANCE AGENCY, INC., | ) ) ) ) |
| Third-Party Defendants. | ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff and Counter-Defendant, TOKIO MARINE SPECIALTY INSURANCE COMPANY, Defendants, Counter-Plaintiffs and Third Party Plaintiffs, STEVEN SWARTZ and SHIRLEY SWARTZ and Third Party Defendant, KOLLHOFF INSURANCE AGENCY, INC., by and through their respective counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that all matters in controversy have been compromised and settled to the satisfaction of the parties; and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

SO STIPULATED,

**TOKIO MARINE SPECIALTY INS. CO. d/b/a PHILADELPHIA INS. COS.,**



James P. DuChateau, Esq.
HeplerBroom, LLC
70 W. Madison Street, Suite 2600
Chicago, IL  60602
Phone: (312) 230-9100
Email: james.duchateau@heplerbroom.com

SO STIPULATED,

**KOLLHOFF INSURANCE AGENCY, INC., an Ohio Corporation**,

/s/ John Watson, Esq. w/Permission

John F. Watson, Esq.
Craig & Craig, LLC
1807 Broadway Avenue
Mattoon, IL  61938
Phone: (217) 234-6481
Email:  jfw@craiglaw.net

SO STIPULATED,

**SHIRLEY SWARTZ,**

/s/ Kirk W. Laudeman, Esq. w/Permission

Kirk W. Laudeman, Esq.
Sorling Northrup
1 North Old State Capitol Plaza, Suite 200
Springfield, IL 62705
Phone: (217) 544-1144
Email:  kwlaudeman@sorlinglaw.com

SO STIPULATED,

**STEVEN SWARTZ,**

/s/ Kirk W. Laudeman, Esq. w/Permission

Kirk W. Laudeman, Esq.
Sorling Northrup
1 North Old State Capitol Plaza, Suite 200
Springfield, IL 62705
Phone: (217) 544-1144
Email:  kwlaudeman@sorlinglaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, states that he caused to have electronically filed with the Clerk of the Court, the ***Fed. R. Civ. P. 41 Stipulation of Dismissal,*** and caused the same to be served on all attorneys of record via CM/ECF on September 19, 2024.

By:     /s/ James P. DuChateau